```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
 _____
                                :
LENROY LAURANCE,                :
                                :    No. 18-cv-17522 (NLH)
            Petitioner,         :
                                :
       v.                       :    OPINION
                                :
THE ATTORNEY GENERAL OF THE     :
STATE OF NEW JERSEY, et al.     :
                                :
            Respondents.        :
 _____ :
```

APPEARANCE:
Lenroy Laurance, No. 000407603-E/721751
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625
    Petitioner Pro se

HILLMAN, District Judge

    Pro Se Petitioner Lenroy Laurance, a prisoner presently incarcerated at the New Jersey State Prison in Trenton, New Jersey, files this writ of habeas corpus under 28 U.S.C. § 2254, to challenge a 2011 New Jersey state court conviction.

    Local Civil Rule 81.2 provides:

> Unless prepared by counsel, petitions to this Court for a writ of *habeas corpus* . . . shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).  Petitioner did not use the habeas form supplied by the Clerk for § 2254 petitions, i.e., AO 241 (modified):DNJ-Habeas-008(Rev.01-2014).

As a result, the Court will administratively terminate this matter and require Petitioner to submit his Petition on the correct form. An appropriate order follows.[1]

Dated: December 28, 2018         s/ Noel L. Hillman
At Camden, New Jersey            NOEL L. HILLMAN, U.S.D.J.

---

[1] Without making any findings, the Court notes that § 2254 requires that all grounds must first be exhausted in state court, 28 U.S.C. § 2254(b), and the petition must be filed within one year of the conviction becoming final, 28 U.S.C. § 2244(d)(1).