```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

LENROY LAURANCE,                    1:18-cv-17522 (NLH)

        Petitioner,        **MEMORANDUM OPINION & ORDER**

  v.

BRUCE DAVIS, et al.,

        Defendants.

**APPEARANCES**:

Lenroy Laurance, 000407603-E/721751
New Jersey State Prison
PO Box 861
Trenton, NJ 08625
    Petitioner pro se

**HILLMAN, District Judge**

    WHEREAS, on January 1, 2019, Petitioner Lenroy Laurance filed an amended petition for writ of habeas corpus under 28 U.S.C. § 2254, see ECF No. 4; and

    WHEREAS, Respondent Bruce Davis answered the petition on July 15, 2019, see ECF No. 11; and

    WHEREAS, on August 12, 2019, Petitioner moved for an extension of time to file a response to the answer, see ECF No. 12; and

    WHEREAS, Petitioner subsequently filed his traverse on September 18, 2019, see ECF No. 13;

THEREFORE, IT IS on this   6th   day of January, 2020

ORDERED that Petitioner's motion for an extension of time, ECF No. 12, is granted.  The traverse, ECF No. 13, is deemed timely filed; and it is finally

ORDERED that the Clerk shall serve a copy of this Order upon Petitioner by regular mail.

                                                                   s/ Noel L. Hillman
At Camden, New Jersey                  NOEL L. HILLMAN, U.S.D.J.